FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

08 AUG 13 AM 9: 48

**UNITED STATES OF AMERICA**

v.   Case Nos.   3:08-cv-372-J-20HTS
                 3:05-cr-243-J-20HTS

**GREGORY D. BACKEY**

_____/

## ORDER

THIS CAUSE is before this Court on Defendant's Motion for Reconsideration of Order Denying § 2255 Motion (Dkt. 7). After considering the pleadings and having been fully advised, this Court concludes the motion is due to be denied.

Accordingly, it is **ORDERED**:

Defendant's Motion for Reconsideration of Order Denying § 2255 Motion (Dkt. 7) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 12th day of August, 2008.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Gregory D. Backey, *Pro Se*
Frank Talbot, Esq.